IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CHARLES BESS, III,

      Appellant,

 v.

Case No. 5D22-1264
LT Case No. 2014-CF-2723-A-Z

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 23, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Charles Bess, III, Milton, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, WALLIS and HARRIS, JJ., concur.